1  CAMUTI LAW GROUP APC
   Nathan B. Camuti, CA Bar No. 300568
2  33 Brookline
   Aliso Viejo, CA 92656
3  Telephone:  (949) 716-5565
   Email:      nate@camutilaw.com
4

5  Attorneys for Plaintiff

6

7

8

   **UNITED STATES DISTRICT COURT**
9
   **SOUTHERN DISTRICT OF CALIFORNIA**
10

11 | ASPIRATION PARTNERS, INC., a Delaware Corporation; | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF:**
12 |                                                    | 1. **TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §1114;**
13 |     Plaintiff,                                     | 2. **TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §1125(a);**
14 | vs.                                                | 3. **UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(a)(1)(A);**
15 | ESG FINANCIAL CORP., a Delaware Corporation; and DOES 1 through 25, inclusive; | 4. **FALSE ADVERTISING UNDER 15 U.S.C. § 1125(a)(1)(B);**
16 |                                                    |
17 |     Defendants.                                    | **DEMAND FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION**
18 |                                                    |
19 |                                                    | **DEMAND FOR JURY TRIAL**

25         TO THIS HONORABLE COURT, ALL PARTIES, AND
26 THEIR ATTORNEYS OF RECORD HEREIN:
27         PLAINTIFF, Aspiration Partners, INC. (hereinafter referred to as
28 ASPIRATION and/or PLAINTIFF), a Delaware Corporation, by and

through its undersigned counsel, complains against the above-named Defendants: ESG FINANCIAL CORP., a Delaware Corporation (hereinafter referred to as ESG or DEFENDANT), and DOES 1 through 25, inclusive, and all named Defendants for general, compensatory, punitive, exemplary, and statutory damages, attorneys' fees and costs, and injunctive relief, resulting from DEFENDANTS' unlawful and tortious conduct, and alleges as follows:

## PARTIES

1. ASPIRATION is a corporation formed under and pursuant to the laws of the State of Delaware having a principal place of business at 4551 Glencoe Avenue Suite 300, Marina Del Rey, CA 90292.

2. ASPIRATION is informed and believes, and on that basis alleges, that DEFENDANT is a corporation formed under and pursuant to the laws of the State of Delaware having a principal place of business at 257 N. Broadway, Wichita, KS 67202.

## JURISDICTION AND VENUE

3. This action arises under the federal trademark statute (the "Lanham Act"), 15 U.S.C. §1051 et seq., and under the common law of the State of California. This Court has subject matter jurisdiction over the federal trademark, false advertising, and unfair competition claims pursuant to 15 U.S.C. §1121 and 28 U.S.C. §§ 1331, 1338, and 1367.

4. Venue is proper in this judicial district under 28 U.S.C. § 1391 (b) and (c), because this is the judicial district in which the DEFENDANT resides and a substantial part of the events giving rise to PLAINTIFF'S claims have occurred and are continuing to occur.

## FACTUAL ALLEGATIONS

5. ASPIRATION is a financial institution based in the State of California. ASPIRATION offers banking and financial services through

their website and mobile application.

6. ASPIRATION is known for their socially-conscious and sustainable banking services and investment products. As a part of their socially-conscious practices, ASPIRATION provides investment products that only invests in environmentally responsible companies and are completely free of fossil fuel and firearm companies.

7. Beginning at least as early as November 2015, ASPIRATION has continuously used the slogan "Change Your Bank. Change Your World." as a source-identifying service mark. ASPIRATION filed to register the mark in the United States Patent and Trademark Office (USPTO) on January 23, 2107. The mark registered on August 15, 2017.

8. ASPIRATION owns federal trademark registrations related to their socially-conscious services, including Registration No. 5265844 for the mark "Change Your Bank. Change Your World." registered in connection with "Financial services, namely, a total portfolio offering for high net worth clients consisting of both separate accounts and mutual funds for equity and fixed income investments; Financial services, namely, assisting others with the completion of financial transactions for stocks, bonds, securities and equities; Financial services, namely, investment advice, investment management, investment consultation and investment of funds for others, including private and public equity and debt investment services; Financial services, namely, investment fund transfer and transaction services; Financial services, namely, the trading of financial instruments, securities, shares, options and other derivative products; Financial services, namely, wealth management services; Checking account services; Financial services, namely, a total portfolio offering for high

net worth clients consisting of both separate accounts and mutual funds for equity and fixed income investments; Providing financial services with respect to securities and other financial instruments and products, namely, money management services; Providing financial services with respect to securities and other financial instruments and products, namely, trading of and investments in securities and financial instruments and products for others."

9. The Registration Certificate for Registration No. 5265844 is attached as Exhibit A and is incorporated herein by reference.

10. DEFENDANT is a financial services entity providing its customers access to financial services.

11. DEFENDANT is a competitor of ASPIRATION.

12. On or about April 27, 2021, ASPIRATION, by and through counsel, sent DEFENDANT a cease-and-desist letter informing DEFENDANT of their infringing use of ASPIRATION's registered mark.

13. DEFENDANT willfully blinded itself to ASPIRATION's notification of its infringing activities and ignored ASPIRATION's cease and desist letter.

**DEFENDANT'S INFRINGEMENT OF ASPIRATION'S "CHANGE YOUR BANK. CHANGE YOUR WORLD." MARK**

14. ASPIRATION is informed and believes, and on that basis alleges, DEFENDANT is a financial services company offering a digital banking platform for consumers.  DEFENDANT focuses its marketing on the environmental, social, and governance aspects of its business and businesses it supports.

15. ASPIRATION is informed and believes, and on that basis alleges, DEFENDANT launched its website prominently displaying the

4

COMPLAINT FOR DAMAGES

slogan "Changing your bank can change the world."

16. DEFENDANT's website is still posted and accessible to the public as of at least May 5, 2021, and can be viewed using the URL: www.joinesg.com. DEFENDANT's website is attached as Exhibit B.

17. DEFENDANT's LinkedIn profile prominently displays the "Changing your bank can change the world." slogan. DEFENDANT's LinkedIn profile is attached as Exhibit C.

18. ASPIRATION is informed and believes, and on that basis alleges, DEFENDANT and its representatives were, or should have been, aware of ASPIRATION and their rights in the "Change Your Bank. Change Your World." mark when it adopted the "Changing your bank can change the world." slogan.

19. ASPIRATION is informed and believes, and on that basis alleges, DEFENDANT adopted the "Changing your bank can change the world." slogan in a deliberate attempt to trade on the valuable goodwill and reputation of ASPIRATION's mark.

20. DEFENDANT's use of the "Changing your bank can change the world." slogan is creating or is likely to create confusion, mistake, and/or deception among consumers as to the origin, sponsorship, or affiliation of DEFENDANT's services.

21. DEFENDANT's use of the "Changing your bank can change the world." slogan in connection with its services is likely to cause the public to erroneously believe that the services offered by DEFENDANT originate from, or are sponsored or endorsed by, ASPIRATION.

22. Confusion caused by DEFENDANT's use of the "Changing your bank can change the world." slogan has caused and/or is likely to cause irreparable harm to ASPIRATION and the valuable reputation they have developed through years of providing services under their

"Change Your Bank. Change Your World." mark.

23. ASPIRATION is informed and believes, and on that basis alleges, that DEFENDANT has been unjustly enriched by, and has unfairly benefitted and profited from, ASPIRATION's reputation and the goodwill symbolized by the "Change Your Bank. Change Your World." mark.

24. DEFENDANT's use of the ""Changing your bank can change the world." slogan weakens and dilutes the distinctive quality of ASPIRATION's "Change Your Bank. Change Your World." mark.

25. DEFENDANT did not cease and desist use of ASPIRATION's registered mark even after receiving ASPIRATION's cease-and-desist letter.

26. The injuries and damages sustained by ASPIRATION have been directly and proximately caused by DEFENDANT's wrongful advertising, promotion, sale, and offer for sale of services under the "Changing your bank can change the world." slogan.

## FIRST CLAIM FOR RELIEF

## TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §1114

27. Plaintiff hereby incorporates the allegations set forth in the foregoing paragraphs as if fully set forth herein.

28. ASPIRATION owns the service mark "Change Your Bank. Change Your World."

29. ASPIRATION's service mark is registered with the United States Patent and Trademark Office, U.S. Registration Number 5265844.

30. ASPIRATION's service mark is a valid and subsisting service mark in full force and effect.

31. DEFENDANT's use of the "Changing your bank can change

the world." slogan in connection with DEFENDANT's services is likely to cause confusion, mistake, or deception as to the affiliation with, or sponsorship of, DEFENDANT's services by ASPIRATION in violation of 15 U.S.C. § 1114.

32. DEFENDANT has engaged in the aforementioned activities with the intent to confuse and deceive the public into believing that DEFENDANT and its services are sanctioned, approved, or authorized by ASPIRATION to use the "Changing your bank can change the world." when, in fact, it is not so authorized.

33. DEFENDANT's conduct shows willful blindness to facts that put DEFENDANT on notice of its infringing activity. DEFENDANT's conduct shows it knowingly infringed ASPIRATION's registered trademark.

34. DEFENDANT's actions constitute knowing, deliberate, and willful infringement of ASPIRATION's federally registered trademarks. The knowing and intentional nature of this Complaint renders it exceptional under 15 U.S.C. § 1117(a).

35. As a result of DEFENDANT's infringement, ASPIRATION has suffered damages, as well as the continuing loss of goodwill established in the "Change Your Bank. Change Your World." mark. The continuing loss of goodwill cannot properly be calculated and thus constitutes an irreparable harm and an injury for which ASPIRATION has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF
## TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §1125(a)

36. Plaintiff hereby incorporates the allegations set forth in the foregoing paragraphs as if fully set forth herein.

37. ASPIRATION owns the service mark "Change Your Bank.

Change Your World."

38. ASPIRATION's service mark is a valid and subsisting service mark in full force and effect.

39. DEFENDANT's use of the "Changing your bank can change the world." slogan in connection with the sale, offering for sale, provision, and advertising of its services is a false designation of origin. Such use is a false representation. Such use wrongfully and falsely suggests that services provided by DEFENDANT originate from or are associated or affiliated with ASPIRATION. This false representation has been made in interstate commerce through, at least, DEFENDANT's online marketing. This conduct is in violation of 15 U.S.C. § 1125(a).

40. DEFENDANT's use of the "Changing your bank can change the world." slogan in connection with its own services is likely to cause confusion, mistake, or deception among consumers as to the affiliation, connection, endorsement, sponsorship, or association of DEFENDANT's services with ASPIRATION's services.

41. DEFENDANT's actions constitute knowing, deliberate, and willful infringement of ASPIRATION's federally registered trademarks. The knowing and intentional nature of this Complaint renders it exceptional under 15 U.S.C. § 1117(a).

42. As a result of DEFENDANT's infringement, ASPIRATION has suffered damages, as well as the continuing loss of goodwill established in the "Change Your Bank. Change Your World." mark. The continuing loss of goodwill cannot properly be calculated and thus constitutes an irreparable harm and an injury for which ASPIRATION has no adequate remedy at law.

///

# THIRD CLAIM FOR RELIEF

# UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(a)(1)(A)

43. Plaintiff hereby incorporates the allegations set forth in the foregoing paragraphs as if fully set forth herein.

44. ASPIRATION owns the service mark "Change Your Bank. Change Your World."

45. ASPIRATION's service mark is registered with the United States Patent and Trademark Office, U.S. Registration Number 5265844.

46. ASPIRATION's service mark is a valid and subsisting service mark in full force and effect.

47. DEFENDANT's use of the "Changing your bank can change the world." slogan in connection with the sale, offering for sale, provision, and advertising of DEFENDANT's services is a false designation of origin or a false or misleading representation of fact. DEFENDANT's conduct wrongfully and falsely suggests that services provided by DEFENDANT originate from or are associated or affiliated with ASPIRATION. This false representation has been made in interstate commerce through, at least, DEFENDANT's online marketing. This conduct is in violation of 15 U.S.C. § 1125(a).

48. DEFENDANT's use of the "Changing your bank can change the world." slogan in connection with its own services is likely to cause confusion, mistake, or deception among consumers as to the affiliation, connection, endorsement, sponsorship, or association of DEFENDANT's services with ASPIRATION's services.

49. DEFENDANT's actions constitute knowing, deliberate, and willful infringement of ASPIRATION's federally registered trademarks. The knowing and intentional nature of this Complaint renders it

exceptional under 15 U.S.C. § 1117(a).

50. As a result of DEFENDANT's infringement, ASPIRATION has suffered damages, as well as the continuing loss of goodwill established in the "Change Your Bank. Change Your World." mark. The continuing loss of goodwill cannot properly be calculated and thus constitutes an irreparable harm and an injury for which ASPIRATION has no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF

## FALSE ADVERTISING UNDER 15 U.S.C. §1125(a)(1)(B)

51. Plaintiff hereby incorporates the allegations set forth in the foregoing paragraphs as if fully set forth herein.

52. ASPIRATION owns the service mark "Change Your Bank. Change Your World."

53. ASPIRATION's service mark is registered with the United States Patent and Trademark Office, U.S. Registration Number 5265844.

54. ASPIRATION's service mark is a valid and subsisting service mark in full force and effect.

55. DEFENDANT's use of the "Changing your bank can change the world." slogan in connection with the sale, offering for sale, provision, and advertising of DEFENDANT's services is a false designation of origin or a false or misleading representation of fact. DEFENDANT's use of ASPIRATION's mark in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of DEFENDANT's services or commercial activities. This false representation has been made in interstate commerce through, at least, DEFENDANT's online marketing. This conduct is in violation of 15 U.S.C. § 1125(a).

10

COMPLAINT FOR DAMAGES

56. DEFENDANT's actions constitute knowing, deliberate, and willful infringement of ASPIRATION's federally registered trademarks. The knowing and intentional nature of this Complaint renders it exceptional under 15 U.S.C. § 1117(a).

57. As a result of DEFENDANT's infringement, ASPIRATION has suffered damages, as well as the continuing loss of goodwill established in the "Change Your Bank. Change Your World." mark. The continuing loss of goodwill cannot properly be calculated and thus constitutes an irreparable harm and an injury for which ASPIRATION has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff prays for relief as follows:

1. A judgment that DEFENDANT has infringed ASPIRATION's registered trademarks;

2. A preliminary and permanent injunction enjoining DEFENDANT and its agents, servants, employees, affiliates, attorneys, and all others acting in privity or in concert with DEFENDANT, and its parent organizations, subsidiaries, divisions, successors and assigns, and any person having knowledge of such injunction from:

    a. using any reproduction, counterfeit, copy, or colorable imitation of ASPIRATION's registered marks in connection with selling goods or providing services not authorized by ASPIRATION;

    b. engaging in any course of conduct likely to cause confusion, deception, or mistake, to weaken the distinctive quality of ASPIRATION's marks, or injure or diminish the goodwill of ASPIRATION's marks;

    c. further infringing ASPIRATION's marks by

|   |   |
|---|---|
| 1 | manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying, or otherwise disposing of any goods or services not authorized by ASPIRATION that bear any simulation, reproduction, counterfeit, copy, or colorable imitation of ASPIRATION's marks; |

d. using any simulation, reproduction, counterfeit, copy or colorable imitation of ASPIRATION's "Change Your Bank. Change Your World." mark in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized goods or services in such fashion as to relate or connect, or tend to relate or connect, such goods or services in any way to ASPIRATION, or to any services offered, sponsored, or approved by or connected with ASPIRATION;

e. engaging in any conduct constituting an infringement of ASPIRATION's "Change Your Bank. Change Your World." mark, of ASPIRATION's rights in, or to use or to exploit its "Change Your Bank. Change Your World." mark or constituting any weakening of ASPIRATION's "Change Your Bank. Change Your World." mark or the goodwill symbolized therein;

f. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a) through (e);

3. An order directing that this Court retain jurisdiction of this

action for the purpose of enabling ASPIRATION to apply to the Court at any time for such further orders and interpretation or execution of any Order entered in this action, for the modification of any such Order, for the enforcement or compliance therewith and for the punishment of any violations thereof;

4. An Order directing DEFENDANT to file with this Court and serve on ASPIRATION's counsel within 30 days after service of an injunction a report under oath setting forth in detail the manner and form in which DEFENDANT has complied with the injunction, pursuant to 15 U.S.C. § 1116(a);

5. A judgment awarding ASPIRATION all damages adequate to compensate for DEFENDANT's infringement of the ASPIRATION's marks;

6. A judgment awarding ASPIRATION actual damages suffered by ASPIRATION as a result of DEFENDANT's unlawful conduct, in an amount to be proven at trial;

7. An accounting of DEFENDANT's profits pursuant to 15 U.S.C. § 1117;

8. A judgment trebling any damages awarded pursuant to 15 U.S.C. § 1117;

9. A judgment awarding ASPIRATION punitive damages;

10. Restitution for DEFENDANT's unjust enrichment as a result of the conduct complained of herein, including disgorgement of wrongfully obtained profits and any other appropriate relief;

11. Pre-judgment and post-judgment interest on the above damage awards as authorized by law;

12. Costs of suit and reasonable attorneys' fees as provided by law; and

13. Any other remedy to which ASPIRATION may be entitled, including all remedies provided for in 15 U.S.C. § 1117, and any other federal or applicable state law.

Dated: May 5, 2021

**CAMUTI LAW GROUP APC**
NATHAN B. CAMUTI

/s/ Nathan Camuti
Nathan B. Camuti
Camuti Law Group APC
33 Brookline
Aliso Viejo, CA 92656
Telephone: (949) 716-5565

Attorneys for Plaintiff Aspiration Partners, Inc.